# Court of Appeals
# of the State of Georgia

ATLANTA,  March 25, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1325. JOHN THOMPSON v. THE STATE.

John Thompson was convicted in 1998 of child molestation, rape, obstruction of a law enforcement officer, and possession of a knife during the commission of a felony, and his convictions were affirmed on appeal. *Thompson v. State*, 241 Ga. App. 295 (526 SE2d 434) (1999). Thompson also appealed orders denying challenges to his sentence, and we also affirmed. *Thompson v. State*, 269 Ga. App. 77 (603 SE2d 684) (2004); *Thompson v. State*, 279 Ga. App. 657 (632 SE2d 407) (2006).[1] Thomas recently filed a "Motion to Reinstate the Correct Sentence" in which he challenged his conviction, his sentence, and this Court's prior opinions. The trial court denied the motion, and Thompson filed this appeal, seeking to appeal the trial court's ruling, as well as the underlying judgment and various previous rulings.

Thompson is not entitled to relitigate the issues he has raised, or could have raised, in his previous appeals. See *State v. Jackson*, 295 Ga. 825, 827 (764 SE2d 395) (2014) (a judgment affirming a criminal conviction "is conclusive of all matters in issue or that might legally have been put in issue") (citation and punctuation omitted). See also *Jackson v. State*, 273 Ga. 320, 320 (540 SE2d 612) (2001) (a party "is not entitled to another bite at the apple by way of a second appeal").

---

[1] Thompson has filed many other motions in the trial court seeking to challenge his conviction, which have all been denied. Thompson's appeals of those orders have all been affirmed, denied, or dismissed by this Court. See, e. g., Case No. A20D0429 (denied Jul. 22, 2020); Case No. A21A0665 (dismissed Dec. 2, 2020).

Because Thompson is not entitled to re-litigate the same issues raised in prior appeals, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,   03/25/2026                     *

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*